18543

Sidney C. OWEN, Respondent, v. STATE of South Carolina et al., Appellants

(149 S. E. (2d) 600)

*Messrs. Daniel R. McLeod, Attorney General,* and *Edward B. Latimer, Assistant Attorney General,* of Columbia, *for Appellants,*

*S. Augustus Black, Esq.,* of Columbia, *for Respondent,*

July 28, 1966.

PER CURIAM:

This case is controlled by our decision in *Dukes v. State,* S. C., 149 S. E. (2d) 598 filed contemporaneously herewith. The two cases are concerned with the same indictment and raise the same single issue; they differ only in that they have arrived here via different routes. In the *Dukes case,* appeal was from a resentence; in this, appeal is by the State from an order of the Honorable John Grimball, Judge of the Fifth Judicial Circuit, in *habeas corpus,* construing the indictment as having charged highway robbery, not armed robbery, holding that the petitioner, Owen, had served the

maximum period of confinement provided by law, and ordering him discharged from custody under sentence for that charge.

For the reasons stated in *Duke v. State, supra,* the judgment is reversed.